IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDA TOWNSEND-JOHNSON,

       Plaintiff,

vs.                                                             No. 10-cv-0257 JCH/SMV

RIO RANCHO PUBLIC SCHOOLS,
SUPERINTENDENT SUE CLEVELAND,
ASSISTANT SUPERINTENDENT CARL LEPPELMAN,
in their official and individual capacities,

       Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEFENDANTS' EXPERT WITNESS LIST DEADLINE

**THIS MATTER** comes before the Court upon Defendants' Unopposed Motion to Extend Defendants' Expert Witness List Deadline [Doc. 66]. The Court, having reviewed the Motion, noting that Plaintiff does not oppose the Motion, and being otherwise fully advised in the premises, FINDS that the Defendants' Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants' Unopposed Motion to Extend Defendants' Expert Witness List Deadline [Doc. 66] is GRANTED. Defendants' expert witness list deadline is extended from December 14, 2012, to January 31, 2012.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

1